### PIPER *v.* MOON ET AL.

MR. JUSTICE SWAYNE delivered the opinion of the court.

The appellant's bill in this case is founded upon the same patent as the bill of the appellee in *Brown et al.* v. *Piper*, above reported.

In this case the court below dismissed the bill, and the complainant appealed to this court. What was said in the case referred to disposes of this.

*The decree of the Circuit Court is affirmed.*